12



APR 10 2018

David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No.  M - 1 8 - 5 8 8 |
| JESUS FELIPE MORALES | § | |

## SEALED INDICTMENT

THE GRAND JURY CHARGES:

### Count One

From on or about August 7, 2017, to on or about September 6, 2017, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**JESUS FELIPE MORALES**

did knowingly and intentionally conspire and agree with other persons known and unknown to the Grand Jurors, to possess with intent to distribute a controlled substance. The controlled substance involved was 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

### Count Two

On or about September 5, 2017, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**JESUS FELIPE MORALES**

did knowingly and intentionally possess with intent to distribute a controlled substance.  The controlled substance involved was 500 grams or more, that is, approximately 1 kilogram of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

RYAN K. PATRICK
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY